**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION**

| In the matter of | |
|---|---|
| | Case No. **04-62122** |
| **BJ VEST** | |
| **CATHRYN VEST** | Chapter 7 |
| Debtor(s) | Judge **Charles M. Caldwell** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS**

## TO THE CLERK OF THE COURT

The attached check in the amount of $35.46_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| FORD MOTOR CREDIT COMPANY | 20 | $35.46 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $35.46 |

Dated:   2/14/2011              /s/ Sara J. Daneman

                               Sara J. Daneman

cc: U.S. Trustee